28, 1898.) Action by Martin J. McMahon against James G. Bennett. No opinion. Motion denied, with $10 costs. See 52 N. Y. Supp. 390.

McNULTY, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1898.) Action by John F. McNulty against the Nassau Electric Railroad Company. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulates to reduce the recovery of damages to $2,500, and extra allowance proportionately, in which case the judgment as modified is unanimously affirmed, without costs to either party.

In re MAHER. (Supreme Court, Appellate Division, Second Department. June 28, 1898.) In the matter of the application of Edward Joseph Maher for admission to the bar. No opinion. Application granted.

In re MASURY'S ESTATE. (Supreme Court, Appellate Division, Second Department. June 21, 1898.) In the matter of the appraisal for taxation of the estate of John W. Masury, deceased. No opinion. Motion for resettlement of order denied. See 51 N. Y. Supp. 331.

In re MATTHEWS. (Supreme Court, Appellate Division, Second Department. July 7, 1898.) In the matter of the application of Frederick M. Matthews for admission to the bar. No opinion. Application granted.

In re MATTHEWS. (Supreme Court, Appellate Division, Second Department. June 28, 1898.) In the matter of the application of Frederick M. Matthews for admission to the bar. No opinion. Evidence should be furnished of the admission of the applicant to practice in the highest law court of Indiana; also that he has not applied for admission in any other department of this state.

MAYER, Appellant, v. ALEXANDER et al., Respondents. (Supreme Court, First Department. August 10, 1898.) Action by Ester Mayer against Deborah Alexander and others. I. Hershfield, for appellant. M. Esberg, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

MEEKS et al., Respondents, v. MEEKS, Appellant. (Supreme Court, Appellate Division, Second Department. July 23, 1898.) Action by Edwin B. Meeks, as executor, etc., against Catherine L. Meeks and others. Catherine L. Meeks appealed. No opinion. Order modified so as to direct that the respondents and the guardian ad litem recover their costs, to be paid out of the fund. See 51 N. Y. Supp. 1147, 53 N. Y. Supp. 1028.

MERCHANTS' NAT. BANK v. COLUMBIA SPINNING CO. (Supreme Court, Appellate Division, First Department. June 24, 1898.) Action by the Merchants' National Bank against the Columbia Spinning Company. No opinion. Motion granted, without interest. See 47 N. Y. Supp. 442, 48 N. Y. Supp. 1109.

METCALF, Appellant, v. SHEAR et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. June 18, 1898.) Action by Gilbert D. Metcalf against Morris Shear and others. No opinion. Judgment affirmed, with costs.

In re MEYER et al. (Supreme Court, Appellate Division, First Department. June 17, 1898.) In the matter of the petition of Charles N. Meyer and another. No opinion. Motion denied.

MEYER, Appellant, v. SIDNEY NAT. BANK, Respondent. (Supreme Court, Appellate Division, First Department. June 24, 1898.) Action by David S. Meyer against the Sidney National Bank. D. Gerber, for appellant. J. R. Baumes, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

MILLER, Appellant, v. STERN, Respondent. (City Court of New York, General Term. August 4, 1898.) Action by Oscar Miller against Lazarus Stern. D. O'Reilly, for appellant. Dilwee & Canfield, for respondent.

SCHUCHMAN, J. In this case we see no reason to doubt that the jury have not done substantial justice between the parties, and, if the remark of the trial justice was prejudicial, it was cured by his charge, which left the matter in difference very fairly to the jury. The evidence as to what the defendant paid in supplying the defect of the goods, was not prejudicial, for the jury made no allowance therefor in their verdict. Judgment and order appealed from affirmed, with costs. OLCOTT, J., concurs.

In re MILLER'S ESTATE. (Supreme Court, Appellate Division, First Department. June 28, 1898.) In the matter of the estate of Sarah E. Miller, deceased. B. F. Edsall, for appellant. O. F. Hibbard, for respondent. No opinion. Order affirmed, with costs.

MILSON RENDERING & FERTILIZING CO., Appellant, v. BAKER, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 26, 1898.) Action by the Milson Rendering & Fertilizing Company against William H. Baker. No opinion. Order affirmed, with $10 costs and disbursements. See 44 N. Y. Supp. 999, 46 N. Y. Supp. 1097.

MORAN v. FREELAND. (Supreme Court, Appellate Division, First Department. June 10, 1898.) Action by Michael Moran against Stephen S. Freeland. No opinion. Motion denied, with $10 costs.

MOTT, Respondent, v. SEBRING, Appellant. (Supreme Court, Appellate Division, Fourth De-